■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD FROMFIELD MOBLEY, Appellant.— Judgment of the Supreme Court, Queens County, rendered August 12, 1966, reversed, on the law, and new trial ordered. No questions of fact were considered. In our opinion, the record establishes that the pretrial identification procedure used in this case was unnecessarily and prejudicially suggestive (*United States* v. *Wade,* 388 U. S. 218) and the new trial should be untainted by any testimony regarding it (*Palmer* v. *Peyton,* 359 F. 2d 199, 202–203). The testimony of Detective Callaghan as to prior identifications by witnesses Lay and Harraen was also improper (*People* v. *Caserta,* 19 N Y 2d 18; *People* v. *Trowbridge,* 305 N. Y. 471). There is insufficient testimony in this record to enable us to determine whether the statements made by appellant to Detective Callaghan in the police station were elicited by interrogation after his request for counsel had been refused (*People* v. *Sanchez,* 15 N Y 2d 387, 389). Christ, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SIMS, Appellant.— In this *coram nobis* proceeding, instituted after the subject judgment of conviction was affirmed (10 A D 2d 727, cert. den. 364 U. S. 888), this court reversed an order of the Supreme Court, Queens County, dated September 21, 1964, denying the application, and remitted the application for a *Huntley* hearing (23 A D 2d 690). Such hearing has been held and thereupon said court made an order, dated January 21, 1966, again denying the application, upon a finding that the subject statements of defendant had been voluntarily made. The present appeal is from the latter order. Order affirmed. No opinion. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ BENEDICT RENDA, an Infant, by SALVATORE RENDA, His Father and Natural Guardian, et al., Respondents, v. WESTCHESTER STREET TRANSPORTATION COMPANY, INC., et al., Appellants.— Order of the Supreme Court, Westchester County, dated March 29, 1967, which granted plaintiffs' motion to remove the action from the City Court of Mount Vernon to the Supreme Court, Westchester County, and for leave to amend their complaint, reversed, without costs, and motion denied, without prejudice, however, to a renewal of the motion, if plaintiffs be so advised, on proper papers as indicated herein. In order for this action to be removed to the Supreme Court and the complaint amended, a physician's affidavit should be submitted showing a causal connection between the newly discovered injuries and the accident (cf. *Northern Ins. Co. of N. Y.* v. *Kregsman,* 26 A D 2d 648). Christ, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.